# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**MICHELEL DORCELUS,**

    **Petitioner,**

v.                                                 Case No. 1:24-cv-151-AW-ZCB

**STATE OF FLORIDA,**

    **Respondent.**

_____/

## **ORDER OF DISMISSAL**

Petitioner Michelel Dorcelus sought § 2241 relief. ECF No. 1. His basic claim was that he was a pretrial detainee unlawfully held. Because it appeared the charges had been dismissed and Petitioner had been released, the magistrate judge asked Petitioner to show cause why the case should not be dismissed as moot. ECF No. 5. After Petitioner did not respond, the magistrate judge recommended dismissal based on mootness. ECF No. 6. Petitioner has filed no objection.[1]

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment

---

[1] I note that the report and recommendation was returned as undeliverable. ECF No. 7. The returned mail notes Petitioner is not in custody. This is, of course, consistent with a conclusion that this case is moot. At any rate, Petitioner had an obligation to keep the clerk apprised of his address, so the fact that Petitioner's notice copy was returned is no reason to delay.

1

that says, "The § 2241 petition is dismissed for lack of subject-matter jurisdiction based on mootness." A certificate of appealability is denied.

The clerk will close the file.

SO ORDERED on November 26, 2024.

s/ *Allen Winsor*  
United States District Judge